UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEY COLON,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2020____

17 Cr. 611-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant, Joey Colon, having been sentenced on April 13, 2020, ECF No. 661, the Court concludes that there is no compelling reason to maintain the filings in this action under seal. Accordingly, it is ORDERED that the docket in this action be UNSEALED.

    The Clerk of Court is directed to unseal any sealed submissions filed in case number 17 Cr. 611-2, United States v. Joey Colon, with the exception of the Presentence Report at ECF No. 655.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge