

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2018

**By Hand**

**Requested To Be Filed Under Seal**

Honorable Robert W. Sweet
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Joey Colon*, 17 Cr. 611 (RWS)

Dear Judge Sweet:

    The Government respectfully encloses for the Court's consideration: (1) a transcript of defendant Joey Colon's guilty plea proceeding before a U.S. Magistrate Judge on March 6, 2018; (2) a copy of the defendant's plea agreement; and (3) a proposed plea acceptance order.

    Because these documents have all been filed under seal with delayed docketing in light of the defendant's cooperation by the U.S. Magistrate Judge, the Government respectfully requests that this letter and the Court's plea acceptance order be filed under the same conditions.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                         by:  /s/ Drew Skinner
                              Drew Skinner
                              Jordan Estes
                              Assistant United States Attorney
                              (212) 637-1587

cc:    Camile Abate, Esq. (by email)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                     ORDER UNDER SEAL
        - v. -                  :
                                     17 CR. 611 (RWS)
JOEY COLON,                     :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 6, 2018;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March 23, 2018

_____
THE HONORABLE ROBERT W. SWEET
CHIEF UNITED STATES DISTRICT JUDGE