UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

JOEY COLON,

                Defendant.

**ORDER**
**FILED UNDER SEAL**

17 Cr. 611-2 (AT)

ANALISA TORRES, District Judge:

Having held a status conference yesterday, it is hereby ORDERED that this Court will hold a status conference on **October 2, 2019**, at **11:20 a.m.**

SO ORDERED.

Dated: May 17, 2019
       New York, New York

**ANALISA TORRES**
**United States District Judge**