UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | **ORDER** |
|---|---|
| -against- | **FILED UNDER SEAL** |
| JOEY COLON, | 17 Cr. 611-2 (AT) |
| Defendant. | |

ANALISA TORRES, District Judge:

It is hereby ORDERED that the status conference scheduled for October 2, 2019 is ADJOURNED to **January 7, 2020, at 11:00 a.m.** By **December 20, 2019**, the parties shall advise the Court, via email, how they wish to proceed at the conference.

SO ORDERED.

Dated: September 13, 2019
   New York, New York

_____
**ANALISA TORRES
United States District Judge**