UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOEY COLON,

Defendant.

**ORDER**

**FILED UNDER SEAL**

17 Cr. 611-2 (AT)

ANALISA TORRES, District Judge:

The status conference scheduled for January 7, 2020 is hereby ADJOURNED *sine die*.

It is hereby ORDERED that sentencing in this matter is set for **May 4, 2020**, at **12:00 p.m.** By **April 20, 2020**, Defendant shall file his sentencing submission. By **April 27, 2020**, the Government shall file its sentencing submission. Submissions shall be filed under seal.

SO ORDERED.

Dated: December 27, 2019
        New York, New York

ANALISA TORRES
United States District Judge